FILED
2016 Aug-16 AM 11:20
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| WILLIAM O'NEAL CAMPBELL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.  5:15-cv-00240-VEH-SGC |
| ) | |
| ADAM WHITEHEAD, et al., ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM OPINION

The magistrate judge filed a report on July 13, 2016, recommending the defendant's motion for summary judgment be granted and this action dismissed with prejudice. (Doc. 38).  The plaintiff filed generalized objections to the report and recommendation on July 22, 2016, but failed to identify the specific findings of fact to which he objects. (Doc. 39).  He therefore does not adequately refute the magistrate judge's conclusion that he has failed to demonstrate a genuine issue of fact with regard to a critical element of his Eighth Amendment claim.

Accordingly, having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation and the objections thereto, the magistrate judge's report is hereby **ADOPTED** and the recommendation is **ACCEPTED**.  Finding no genuine issues of material fact exist,

and that the defendants are entitled to judgment as a matter of law, the court concludes that the defendants' motion for summary judgment is due to be **GRANTED** .

A Final Judgment will be issued contemporaneously herewith.

**DONE** and **ORDERED** this August 16, 2016.

_____
**VIRGINIA EMERSON HOPKINS**
UNITED STATES DISTRICT JUDGE